

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
       AUG 24 2006
AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**JESSE BELTRAN**

**Criminal Action No.
05-MJ-307**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Complaint No. 05-MJ-307, only as against defendant JESSE BELTRAN.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

    _X_ Other: The defendant was convicted in Oneida County Court by his plea of guilty to the felony of conspiracy, 4th degree. He was sentenced on August 3, 2006 to five years probation. By agreement of the parties, said conviction and sentence is in satisfaction of this federal charge.

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

This dismissal is without prejudice.

GLENN T. SUDDABY
United States Attorney

By: *[signature]*
Lisa M. Fletcher
Assistant U.S. Attorney
Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: Aug 23 06          *[signature]*
Syracuse, New York        Hon. Gustave J. DiBianco
                          United States Magistrate Judge